AO 91 (Rev. 11/11)  Criminal Complaint                                                    United States Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Southern District of Texas
**FILED**
*March 11, 2025*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:25-PO-544 |
| Denny Alexis DIAZ-Riera | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 05/01/2023 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1325(a)(1) | knowingly and willfuy enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States having previously been convicted of illegal entry under Title 8, United States Code, Section 1325(a)(1), a misdemeanor. |

This criminal complaint is based on these facts:

On or about May 01, 2023, the defendant, Denny Alexis DIAZ-Riera, an alien who is native and citizen of Venezuela, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River and was apprehended by United States Border Patol Agent Anastacio Trevino at a time and place other than as designated by Immigration Officers near Brownsville, Texas. At the Rio Grande Valley Sector Centralized Processing Center in McAllen, Texas, DIAZ was advised of the administrative rights by Border Patrol Agent Javier Alfaro in removal proceedings. DIAZ acknowledged understanding his rights. DIAZ claimed to be a citizen and national of Venezuela without the necessary legal documents to enter, pass through, or to remain in the United States. DIAZ also admitted to illegally crossing the international boundary without being inspected by an immigration officer at a designated Port of Entry. DIAZ was processed for a Notice to Appear as per section 212(a)(6)(A)(i) of the Immigration and Nationality Act. DIAZ was processed as an NTA/OR and will be referred to embed ICE/ERO for ATD release.

☐ Continued on the attached sheet.

*Complainant's Signature*

Jaime Gonzalez    Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

March 11, 2025
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ignacio Torteya    U.S. Magistrate Judge
*Printed name and title*