FID# 11777559

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Denny Alexis DIAZ-Riera<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 1:25-PO-544 |

## ARREST WARRANT

COPY

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Denny Alexis DIAZ-Riera,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about May 01, 2023, the defendant, Denny Alexis DIAZ-Riera, an alien who is native and citizen of Venezuela, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River and was apprehended by United States Border Patrol Agent Anastacio Trevino at a time and place other than as designated by Immigration Officers near Brownsville, Texas.

Date: March 11, 2025

_____
*Issuing officer's signature*

City and state: Brownsville, Texas

U.S. Magistrate Judge Ignacio Torteya, III
*Printed name and title*

---

**Return**

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
|---|
| Date: _____ |
| _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |